Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(559) 264-2800
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Marlin Ford,<br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security<br>        Defendant. | CASE NO.1:12-cv-00153-LJO-SMS<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF<br>(Doc. 13) |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief to Defendant. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is June 7, 2012. The new due date will be July 9, 2012.  The scheduling order shall be modified accordingly (i.e., Plaintiff's brief due 9/14/12; Defendant's brief due 10/14/12).

Dated: June 7, 2012                    /s/ Sengthiene Bosavanh

                                       SENGTHIENE BOSAVANH, ESQ.
                                       Attorney for Plaintiff

Dated: June 7, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/Sundeep R. Patel
                                       (as authorized via e-mail)
                                       SUNDEEP R. PATEL
                                       Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:    June 7, 2012**                    **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE